SALVATORE BUCCINO v. EXXON COMPANY.

Feb. 11, 1980. Petition for certification denied.

STATE OF NEW JERSEY v. RONALD LEE ALEXANDER.

Feb. 11, 1980. Petition for certification denied.

JOSEPH MUCCIO v. BOROUGH OF WEST PATERSON.

Feb. 11, 1980. Petition for certification denied.

IN THE MATTER OF THE HEARING OF TOTOWA
CHRYSLER–PLYMOUTH, INC.

Feb. 11, 1980. Petition for certification denied.

THE GALLOWAY TOWNSHIP REPUBLICAN LEAGUE v.
DAVID F. WHITE.

Feb. 11, 1980. Petition for certification denied.